This memorandum opinion was not selected for publication in the New Mexico Reports.  Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**TINA REMONDINI,**

  Worker-Appellee,

v.                                                                                          **NO. 29,252**

**JFF, INC. and NEW MEXICO MUTUAL CASUALTY CO.,**

  Employer/Insurer-Appellant.

**APPEAL FROM THE WORKERS COMPENSATION ADMINISTRATION**
**Drew D. Tatum, Workers' Compensation Judge**

Tina Remondini
Deming, NM

Pro se Appellee

T. Aaron Garrett, Esq.
Albuquerque, NM

for Appellant

### MEMORANDUM OPINION

**KENNEDY, Judge.**

  Summary reversal was proposed for the reasons stated in the notice of proposed

disposition.  No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

REVERSED.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR**:

_____
**CELIA FOY CASTILLO, Judge**

_____
**ROBERT E. ROBLES, Judge**